

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER TO REINSTATE

Appellate case name:    Kaaren Cambio and California Pipe Recycling, Inc. v. Joe Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc.

Appellate case number:    01-10-00807-CV

Trial court case number:    41731

Trial court:    412th District Court of Brazoria County

       This appeal was previously stayed pursuant to 11 U.S.C. § 362(a). We lift the stay and **REINSTATE** the appeal. The briefing in this appeal is completed and the case is ready to be set at issue.

       It is so **ORDERED**.

Judge's signature: /s/ Russell Lloyd
              Acting individually

Date: March 31, 2015